UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSH LAMAR HAYNES,　　　　　　　　　　　　　Civil No. 12-1553 (SRN/JSM)

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　ORDER

RAMSEY COUNTY ADULT
DETENTION CENTER,

　　　　Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 8, 2012. Plaintiff currently has a pending Application to Proceed In Forma Pauperis, which is addressed within Magistrate Judge Mayeron's Report and Recommendation. Objections to the Report and Recommendation were due on August 22, 2012.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket Nos. 2 and 5), are **DENIED**;

2. This action is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 28, 2012

　　　　　　　　　　　　　　　　　　　　　　 s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge